cc: Central District
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90012

MELISSA M. HARNETT (Bar No. 164309)
mharnett@wcclaw.com
GREGORY B. SCARLETT (Bar No. 131486)
gscarlett@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330 [Post Office Box 7033]
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

BRUCE B. WHITMAN (Bar No. 220794)
bbwhitmanlaw@aol.com
**LAW OFFICE OF BRUCE WHITMAN**
3536 Edwards Road, suite 100
Cincinnati, Ohio 45208
Telephone: (513) 321-3940
Facsimile: (513) 321-3929

JEFFREY P. HARRIS (pro hac vice anticipated)
jharris@statmanharris.com
COLLEEN HEGGE (pro hac vice anticipated)
chegge@statmanharris.com
**STATMAN, HARRIS & EYRICH, LLC**
441 Vine Street, Suite 3700
Cincinnati, Ohio 45202
Telephone: (513)621-2666
Telecopier: (513) 621-4896

Attorneys for Plaintiff EDWARD WILLIAMS, et al.

JS-6

State Court case no. BC414808

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WILLIAMS, on behalf of himself and other similarly situated persons,<br><br>        Plaintiff,<br><br>   vs.<br><br>BIOTAB NUTRACEUTICALS, INC., a corporation, TAMARA GIBSON, an individual, ROBERT WINTERS, JR., an individual, ROBERT WINTERS, SR., an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO. CV 09-4977 R(PJWx)**<br>**<u>PUTATIVE CLASS ACTION</u>**<br><br>Assigned for all purposes to the Hon. Manuel L. Real<br>Courtroom 8<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Complaint Filed: May 29, 2009<br>Complaint Removed: July 10, 2009<br>Trial Date: None set |

925719.125693.1

CV 09-4977 R(PJWx)

[PROPOSED] ORDER REMANDING CASE TO STATE COURT

On October 5, 2009, the motions of defendants Biotab Neutraceuticals, Inc., Tamara Gibson, Robert Winters, Jr., and Robert Winters, Sr. (collectively "Defendants") to dismiss the First Amended Complaint filed by plaintiff Edward Williams ("Plaintiff") came on regularly for hearing in Courtroom 8 of the above-entitled Court before the Honorable Manuel L. Real.

The Court *sua sponte* determined that this putative class action should be remanded, and is hereby remanded, to state court for lack of subject matter jurisdiction because there is nothing before the Court that establishes that the amount in controversy exceeds $5,000,000 as is required to establish diversity jurisdiction under 28 U.S.C. § 1441(b) and the Class Action Fairness Act. Alternatively, the Court declined to accept subject matter jurisdiction because Plaintiff's claims are all asserted under California law and involve purely state law issues.

Having determined that this case should be remanded to state court, the Court further determined that Defendants' motions to dismiss are moot.

**IT IS SO ORDERED.**

DATED:  October 6, 2009

_____
Honorable Manuel L Real
United States District Court Judge